1  TYLER A. BROWN (State Bar No. 121350)
   DAVID T. WANG (State Bar No. 275015)
2  JACKSON LEWIS LLP
   50 California Street, 9th Floor
3  San Francisco, CA  94111
   Telephone     415.394.9400
4  Facsimile:    415.394.9401
   Email:        brownt@jacksonlewis.com
5                david.wang@jacksonlewis.com

6  ATTORNEYS FOR DEFENDANT
   AETNA LIFE INSURANCE COMPANY
7

8

9                  UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12 | CHRISTY RAMIREZ, | Case No. 1:12-cv-01571-LJO-SKO |
13 | Plaintiff, | **AMENDED STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUTOFF** |
14 | v. | |
15 | AETNA LIFE INSURANCE COMPANY, a California Corporation, and DOES 1 through 20, inclusive, | |
16 | | |
17 | Defendant. | |

18

19     **IT IS HEREBY STIPULATED** by and between Plaintiff Christy Ramirez and

20 Defendant Aetna Life Insurance Company, by and through their respective counsel as follows:

21     1. The Parties hereby agree to extend the Non-Expert Discovery Cut-Off from May 31,

22 2013 to July 31, 2013, for the sole purpose of providing the parties with sufficient time to conduct

23

24 a mediation of this matter before the Honorable Retired Justice Steve Vartabedian on June 10,

25 2013 and to conduct discovery thereafter if the mediation is not successful.  This stipulated

26 extension of the Non-Expert Discovery Cut-Off date is intended only to allow the parties the time

27 to attempt to resolve this dispute and is not entered into for purposes of delay.

28     2. In response to the issues raised by the Court in the Order Denying Without Prejudice

The Parties' Stipulated Request For A Schedule Modification, dated May 13, 2013, the parties do not seek to extend the expert discovery deadlines, including the expert and rebuttal witness disclosures.  Similarly, the parties do not ask that the expert discovery deadline be continued. The parties do not believe the expert discovery deadlines will be affected by extending the non-expert discovery deadline.

IT IS SO STIPULATED:

Dated: May 14, 2013                BRYANT WHITTEN, LLP

By:   /s/ Shelley G. Bryant
   SHELLEY G. BRYANT
   AMANDA B. WHITTEN
   Attorneys for Plaintiff
   CHRISTY RAMIREZ

Dated: May 15, 2013                JACKSON LEWIS LLP

By:   /s/ Tyler A. Brown
   TYLER A. BROWN
   DAVID T. WANG
   Attorneys for Defendant
   AETNA LIFE INSURANCE
   COMPANY

**ORDER**

Pursuant to the above stipulation of the parties, the non-expert discovery deadline is continued from May 31, 2013, to July 31, 2013.  There are no other modifications to the schedule.

IT IS SO ORDERED.

Dated:   **May 15, 2013**              **/s/ Sheila K. Oberto**
                    UNITED STATES MAGISTRATE JUDGE