TYLER A. BROWN (State Bar No. 121350)
DAVID T. WANG (State Bar No. 275015)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone     415.394.9400
Facsimile:     415.394.9401
Email:          brownt@jacksonlewis.com
                    david.wang@jacksonlewis.com

ATTORNEYS FOR DEFENDANT
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY RAMIREZ,<br><br>                    Plaintiff,<br><br>       v.<br><br>AETNA LIFE INSURANCE COMPANY, a California Corporation, and DOES 1 through 20, inclusive,<br><br>                    Defendant. | Case No. 1:12-cv-01571-LJO-SKO<br><br>**AMENDED STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUTOFF** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Christy Ramirez and Defendant Aetna Life Insurance Company, by and through their respective counsel as follows:

1. The Parties hereby agree to extend the Non-Expert Discovery Cut-Off from May 31, 2013 to July 31, 2013, for the sole purpose of providing the parties with sufficient time to conduct a mediation of this matter before the Honorable Retired Justice Steve Vartabedian on June 10, 2013 and to conduct discovery thereafter if the mediation is not successful.  This stipulated extension of the Non-Expert Discovery Cut-Off date is intended only to allow the parties the time to attempt to resolve this dispute and is not entered into for purposes of delay.

2. In response to the issues raised by the Court in the Order Denying Without Prejudice

The Parties' Stipulated Request For A Schedule Modification, dated May 13, 2013, the parties do not seek to extend the expert discovery deadlines, including the expert and rebuttal witness disclosures. Similarly, the parties do not ask that the expert discovery deadline be continued. The parties do not believe the expert discovery deadlines will be affected by extending the non-expert discovery deadline.

IT IS SO STIPULATED:

Dated: May 14, 2013                                    BRYANT WHITTEN, LLP

                                                                   By:    /s/ Shelley G. Bryant
                                                                            SHELLEY G. BRYANT
                                                                            AMANDA B. WHITTEN
                                                                            Attorneys for Plaintiff
                                                                            CHRISTY RAMIREZ


Dated: May 15, 2013                                    JACKSON LEWIS LLP

                                                                   By:    /s/ Tyler A. Brown
                                                                            TYLER A. BROWN
                                                                            DAVID T. WANG
                                                                            Attorneys for Defendant
                                                                            AETNA LIFE INSURANCE
                                                                            COMPANY

**ORDER**

Pursuant to the above stipulation of the parties, the non-expert discovery deadline is continued from May 31, 2013, to July 31, 2013. There are no other modifications to the schedule.

IT IS SO ORDERED.

   Dated:   **May 15, 2013**                                       **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE