TYLER A. BROWN (State Bar No. 121350)
DAVID T. WANG (State Bar No. 275015)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone     415.394.9400
Facsimile:     415.394.9401
Email:     brownt@jacksonlewis.com
              david.wang@jacksonlewis.com

ATTORNEYS FOR DEFENDANT
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY RAMIREZ,<br><br>             Plaintiff,<br><br>     v.<br><br>AETNA LIFE INSURANCE COMPANY, a California Corporation, and DOES 1 through 20, inclusive,<br><br>             Defendant. | Case No. CV-12-01571-LJO-SKO<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL** |

The parties hereto, by and through their respective attorneys of record, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fees.

IT IS SO STIPULATED:


Dated:  June 28, 2013                                  BRYANT WHITTEN, LLP



                                                       By:     /s/ Shelley G. Bryant
                                                              SHELLEY G. BRYANT
                                                              AMANDA B. WHITTEN
                                                              Attorneys for Plaintiff
                                                              CHRISTY RAMIREZ

1

Dated: June 28, 2013               JACKSON LEWIS LLP


                                   By:   /s/ Tyler A. Brown
                                         TYLER A. BROWN
                                         DAVID T. WANG
                                         Attorneys for Defendant
                                         AETNA LIFE INSURANCE
                                         COMPANY

**ORDER**

This Court DISMISSES this entire action and all claims pursuant to the parties' above stipulation and DIRECTS the clerk to close this action.


IT IS SO ORDERED.

   Dated:   **July 1, 2013**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE